UST04B  PHX, 9/95TSP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| SCHAFER, JEREL R. | ) | CASE NO. 98-16191-PHX RTB |
| | ) | |
| | ) | |
| | ) | |
| | ) | TRUSTEE'S MOTION TO RE-OPEN |
| | ) | ASSET CASE PREVIOUSLY CLOSED |
| Debtor(s). | ) | |
| | ) | |

    <u>ROBERT P. ABELE</u>, Trustee of the above-captioned estate has learned that there are new assets to be administered.

    Being that this case has been closed, the Trustee now moves to re-open this case so that these assets may be administered.

<u>September 7, 2006</u>       <u>/s/ Robert P. Abele</u>
    Dated            ROBERT P. ABELE, Trustee

FORMS\UST04A